# Third District Court of Appeal
## State of Florida

Opinion filed June 29, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-184
Lower Tribunal Nos. F14-4843 & F14-21284
_____

**Mujaahid Abd ul Jabbaar,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.


Mujaahid Abd ul Jabbaar, in proper person.

Ashley Moody, Attorney General, for appellee.


Before EMAS, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.